```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | |
|---|---|
| DEBRA D. CURRY, POA and as executor of the estate of Laketia Curry-Williams, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:17-CV-4450-CAP |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 15th day of January, 2019.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge